UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE INSURANCE COMPANY
OF FLORIDA and NATIONWIDE MUTUAL
INSURANCE COMPANY,

       Plaintiff,

v

OXFORD HYPERBARIC OXYGEN THERAPY
CENTER LLC D/B/A THE OXFORD CENTER,
TAMELA PETERSON, JEFFREY MOSTELLER,
GARY MARKEN, ALETA H. MOFFITT, JAMES
COOPER and JUANA COOPER,  as Personal
Representatives of the Estate of  Thomas Cooper,
a Deceased Minor,

       Defendants.

Case No.
Hon.

_____/

Michael F. Schmidt (P25213)
HARVEY KRUSE, P.C.
Attorney for Plaintiff
1050 Wilshire Drive, Suite 320
Troy, MI 48084
(248) 649-7800
(248)649-2316 (fax)
mschmidt@harveykruse.com

_____/

**HARVEY KRUSE**
A PROFESSIONAL CORPORATION
ATTORNEYS & COUNSELORS
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526  248-649-7800

## INDEX OF EXHIBITS

1. Cooper Complaint

2. Nationwide Businessowners Policy

3. Nationwide Mutual Umbrella Policy